# Third District Court of Appeal

## State of Florida

Opinion filed January 29, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-0736
Lower Tribunal No. F20-1242
_____

**Robert Eugene Koehler,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Daryl E. Trawick, Judge.

Carlos J. Martinez, Public Defender, and Deborah Prager, Assistant Public Defender, for appellant.

John Guard, Acting Attorney General, and Ivy R. Ginsberg, Assistant Attorney General, for appellee.

Before SCALES, LINDSEY and BOKOR, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>State v. Cumbie</u>, 380 So. 2d 1031, 1033 (Fla. 1980) (holding that defendant waives objection to improper prosecutorial comments by failing to contemporaneously object and move for mistrial during closing argument); <u>Kilgore v. State</u>, 688 So. 2d 895, 898 (Fla. 1996) (describing fundamental error exception to preservation); <u>Chandler v. State</u>, 702 So. 2d 186, 191 n.5 (Fla. 1997) (noting that denigrating comments describing defendant as "brutal rapist and conscienceless murderer" were not so prejudicial as to constitute fundamental error).